### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**　　　　　　　　　　　　　　　　　Case No. 09-cr-36-PB

**Dwight Bennett**

### **O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for April 7, 2009, citing the need for additional time to complete discovery, engage in plea negotiations and prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 7, 2009 to June 2, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 31, 2008 final pretrial conference is continued to May 27, 2009 at 3:45 p.m.

No further continuances.

SO ORDERED.

                                                    /s/Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

March 24, 2009

cc:   Donald A. Kennedy, Esq.
       Terry Ollila, AUSA
       United States Probation
       United States Marshal