**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**　　　　　　　　　　　　　　　　　　　Case No. 09-cr-36-PB

<u>**Dwight Bennett**</u>


**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2009, citing the need for additional time to complete a counseling program at the Strafford County Jail in accordance with this court's May 8, 2009 order.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to October 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 27, 2009 final pretrial conference is continued to September 28, 2009 at 4:15 p.m.

No further continuances will be granted absent good cause shown.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 13, 2009

cc: Donald A. Kennedy, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal