```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**　　　　　　　　　　　　　　　　　　Case No. 09-cr-36-PB

**Dwight Bennett**


**O R D E R**


    The defendant, through counsel, has moved to continue the trial scheduled for October 6, 2009 citing the need for additional time to complete a court-ordered rehabilitation program in which he is enrolled and to prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 6, 2009 to December 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 28, 2009 final pretrial conference is continued to November 24, 2009 at 3:15 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 25, 2009

cc: Donald Kennedy, Esq
    Terry Ollila, Esq.
    United States Probation
    United States Marshal