UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                   Case No. 09-cr-36-PB

**Dwight Bennett**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for December 1, 2009, citing the need for additional time to finalize plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 1, 2009 to January 5, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on December 17, 2009 at 3:00 p.m.

No further continuances.

SO ORDERED.

                                                        /s/Paul Barbadoro
                                                        Paul Barbadoro
                                                        United States District Judge

November 25, 2009

cc:   Donald Kennedy, Esq
      Terry Ollila, Esq.
      United States Probation
      United States Marshal